## STEWART *vs.* SWIFT SPECIFIC COMPANY *et al.*

CASE, FROM CITY COURT OF ATLANTA.    Libel.    Parent and Child.    (Before Judge Clarke.)

Jackson, C. J.—An action for libel was brought, alleging that the publication had been made in a public newspaper, and was caused and procured by the defendants.    The article complained of purported to be a voluntary interview between a reporter of a newspaper and the plaintiff, in which the plaintiff is represented as having made statements to the reporter to the effect that her mother, having been bitten by a cat, was afflicted with a disease similar to hydrophobia ; that she dreaded the approach of water, suffered extreme pain and was much swollen in her body and members ; that she acted like a cat, purring and mewing, and assuming the attitude of a cat in the effort to catch rats, and did other like acts ; and that a wonderful cure of this disease had been effected by a certain medicine, called S. S. S., which was sold

by the defendants. The plaintiff charged that the publication was altogether false.

Held, that such a publication furnished the basis for an action of libel brought by the daughter, and such action was not demurrable. Code, §2974; Odgers Libel & Slan., p. 20; Salk. 225; 2 Wils, 403; 15 Mees & W., 435; 3 Bl. Com., 123; 6 Ga., 283.

(a) Any publication which tends to expose a person to contempt or ridicule is defamatory and libelous.

Judgment reversed.

Hopkins & Glenn; Reuben Arnold, for plaintiff in error.

Reed, Reinhard & O'Neill; Haygood & Martin, for defendants.